**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**IN RE:** **CASE NO. 09-30690**
**SHARP, RUDOLPH**

**CHAPTER 7**

**Debtor(s).**

______________________________________/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS**
**PURSUANT TO 11 U.S.C. §347**

Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 4 | Harvester's Federal Credit Union<br>P. O. Box 4128<br>Tallahassee, FL 32315 | $480.01 |

The check was mailed to the creditor at the above address on December 30, 2010. The check was returned to the Trustee. The check has been voided.

/s/ Karin A. Garvin

Karin A. Garvin, Trustee
FL Bar No. 0106933
1801 W. Garden Street
Pensacola, FL 32502
850-437-5577/850-437-5250 fax

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been served by the Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128, Tallahassee, FL 32301 on the date this document was filed with the Court. *Note: for verification of the date of service, please check the docket entry for this document.*

/s/ Karin A. Garvin